**Akhlas Naim GEORGE, Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

No. 06–71167.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 15, 2009.*

Filed Dec. 23, 2009.

Maria C. Salud, Esquire, Southfield, MI, for Petitioner.

Ada Elsie Bosque, Trial, DOJ—U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

MEMORANDUM **

Akhlas Naim George, a native and citizen of Iraq, petitions for review of the Board of Immigration Appeals' order dismissing her appeal from an immigration judge's ("IJ") decision denying her application for asylum, withholding of removal, and relief under the Convention Against Torture ("CAT"). We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence an IJ's adverse credibility finding. *Don v. Gonzales,* 476 F.3d 738, 741 (9th Cir.2007). We deny the petition for review.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Substantial evidence supports the IJ's adverse credibility determination because the contradictory accounts of the mistreatment George suffered, coupled with the differing accounts of her detentions and interrogations are material discrepancies that go to the heart of her asylum claim. *See Li v. Ashcroft,* 378 F.3d 959, 962 (9th Cir.2004). In the absence of credible testimony, George's asylum and withholding of removal claims fail. *See Farah v. Ashcroft,* 348 F.3d 1153, 1156 (9th Cir.2003).

Because George's CAT claim is based on the testimony the agency found not credible, and she points to no evidence showing it is more likely than not she will be tortured in Iraq, her CAT claim also fails. *Id.* at 1156–57.

**PETITION FOR REVIEW DENIED.**